982

No. 79–1315. DOYLE ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–1199. TEXAS *v.* BATTARBEE. 183d Jud. Dist. Ct. Tex., Harris County. Certiorari denied.

No. 79–1343. DIGGS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–1351. BABIC *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1354. CLUB RECREATION & PLEASURE ET AL. *v.* OREGON EX REL. HAAS, DISTRICT ATTORNEY FOR MULTNOMAH COUNTY. Ct. App. Ore. Certiorari denied.

No. 79–1361. BEATTIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1425. WILDERNESS PUBLIC RIGHTS FUND *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL.; and

No. 79–1447. EISEMAN ET AL. *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 608 F. 2d 1250.

No. 79–1432. SOUTHERN PACIFIC TRANSPORTATION Co. *v.* HECTOR MARTINEZ & Co. C. A. 5th Cir. Certiorari denied.

No. 79–1444. ZANGRILLO *v.* AMBACH, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 79–1455. KULIK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.